IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER PYLES, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| DONALD GAETZ, WILLIAM SPILLER, MICHAEL ATCHISON, RICK HARRINGTON, KIM BUTLER, GLADYSE C. TAYLOR, MICHAEL P. RANDLE, SALVADORE GODINEZ, TY BATES, BRAD THOMAS, MAJORS, MELISSA SAUERWEIN, REBECCE CREASON, and UNKNOWN PARTIES 1 and 2, | ) ) ) ) ) Case No. 13–cv–0299–MJR–SCW ) ) ) ) ) ) |
| Defendants. | ) |

# ORDER

**REAGAN, District Judge:**

On July 24, 2013, pursuant to Federal Rule of Civil Procedure 25(a)(1), Defendants filed a Suggestion of Death on the Record relating to Defendant Melissa Sauerwein. That document was served upon Plaintiff, who has failed to identify Sauerwein's successor or representative.

If no motion for substitution is made "within 90 days after service of a statement noting [a party's] death, the action … against the decedent *must* be dismissed." **Fed. R. Civ. P. 25(a)(1);** *Russell v. City of Milwaukee*, **338 F.3d 662, 663 (7th Cir. 2003).** Ninety days having elapsed with no motion having been made, the undersigned **DISMISSES with prejudice** Plaintiff's claims against Defendant Melissa Sauerwein. *See Russell*, **338 F.3d at 663 (affirming Rule 25(a)(1) dismissal *with* prejudice).** The Clerk is directed to terminate Defendant Sauerwein from the docket, and this case shall proceed only as to the other fourteen Defendants.

IT IS SO ORDERED.  
DATE: <u>December 23, 2013</u>

s/ *Michael J. Reagan*  
MICHAEL J. REAGAN  
United States District Judge

1