# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CHRISTOPHER PYLES,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| vs. ) | CASE NO.   13-299-SCW |
| ) | |
| **DONALD GAETZ, DAVID REDNOUR,** ) | |
| **WILLIAM SPILLER, MICHAEL ATCHISON,** ) | |
| **RICK HARRINGTON, SHANNIS STOCK,** ) | |
| **KIMBERLY BUTLER, GLADYSE C.** ) | |
| **TAYLOR, MICHAEL P. RANDLE,** ) | |
| **SALVADORE GODINEZ, TY BATES, HENRY** ) | |
| **BAYER, TONY FERRANTO, KEVIN** ) | |
| **HIRSCH, RICHARD PAULTER, BRAD** ) | |
| **THOMOAS, MAJORS, MELISSA** ) | |
| **SAUERWEIN, REBECCE CREASON,** ) | |
| **UNKNOWN PARTY, Mental Health** ) | |
| **Professional, AFCME UNION LOCAL** ) | |
| **1175, Counsel 31 members, UNKNOWN** ) | |
| **PARTY, IDOC Employees, BRAD** ) | |
| **BRAMLETT, KNUST, C/O ELLIS, ELAINE** ) | |
| **BONIFIELD, JAMES R. BROWN, JOSEPH** ) | |
| **COWAN, CHAD E. HASEMEYER,** ) | |
| **JACQUELINE A. LASHBROOK, DOUG** ) | |
| **LYERLA, RICHARD D. MOORE, PAUL** ) | |
| **OLSON, BRIAN THOMAS, DR. BAIG, MISS** ) | |
| **GREATHOUSE, MISS WHITESIDE, DR.** ) | |
| **HILLERMAN, MISS DELONG, DR.** ) | |
| **KOWALKOWSKI and WILLIAM REES,** ) | |
| ) | |
| Defendant(s). ) | |

## JUDGMENT IN A CIVIL CASE

Defendants SHANNIS STOCK, HARRY BAYER, TONY FERRANTO, KEVIN HIRSCH, RICHARD PAULTER, AFCME UNION LOCAL 1175, Counsel 31 Members, BRAD BRAMLETT, KNUST, C/O ELLIS, and ELAINE BONIFIELD were dismissed without prejudice on April 12, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 9)

Defendant MELISSA SAUERWEIN was dismissed with prejudice on December 23, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 61).

Defendant UNKNOWN PARTY, Mental Health Professional and UNKNOWN PARTY, IDOC employees, were dismissed on January 23, 2014 by an Order entered by Chief Judge Michael J. Reagan (Doc. 68).

Defendant MAJORS, Lockdown Coordinator was termed from this matter on August 20, 2014 by administrative entry as Defendant was inadvertently added during case opening.

Defendants DR. HILLERMAN and DR. KOWALKOWSKI were dismissed without prejudice on October 20, 2014 by and Order entered by Chief Judge Michael J. Reagan (Doc.150).

Defendants DR. BAIG, MISS GREATHOUSE, MISS WHITESIDE, MSS DELONG were dismissed without prejudice on December 12, 2014 by an Orders entered by Chief Judge Michael J. Reagan (Doc. 156 and 157).

Defendants DONALD GAETZ, DAVID REDNOUR, and MICHAEL P. RANDLE, were dismissed without prejudice on August 10, 2015, by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 174).

Defendant REBECCE CREASON was termed by the filing of the Amended Complaint on August 12, 2015 (Doc. 175).

Defendants MICAHEL ATCHISON, TY BATES, JAMES R. BROWN, KIMBERLY BUTLER, JOSEPH COWAN, SALVADOR GODINEZ, RICK HARRINGTON, CHAD E. HASEMEYER, JACQUELINE A. LASHBROOK, DOUG LYERLA, RICHARD D. MOORE, PAUL OLSON, WILLIAM REES, WILLIAM SPILLER, GLADYSE C. TAYLOR, BRAD THOMAS and BRIAN THOMAS were

granted summary judgment on May 23, 2016 by and Order entered by Magistrate Judge Stephen C. Williams (Doc. 210).

**THEREFORE,** judgment is entered in favor of **MELISSA SAUERWEIN, UNKNOWN PARTY**, Mental Health Professional, **UNKNOWN PARTY, IDOC** employees, **REBECCE CREASON, MICAHEL ATCHISON, TY BATES, JAMES R. BROWN, KIMBERLY BUTLER, JOSEPH COWAN, SALVADOR GODINEZ, RICK HARRINGTON, CHAD E. HASEMEYER, JACQUELINE A. LASHBROOK, DOUG LYERLA, RICHARD D. MOORE, PAUL OLSON, WILLIAM REES, WILLIAM SPILLER, GLADYSE C. TAYLOR, BRAD THOMAS** and **BRIAN THOMAS** and against Plaintiff **CHRISTOPHER PYLES.**

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.    These deadlines for motions under Rule 59 cannot be extended by the Court.    The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.    This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 27th day of May, 2016

JUSTINE FLANAGAN, ACTING CLERK

BY: */s/ Angela Vehlewald*
          Deputy Clerk

**Approved by**   */s/ Stephen C. Williams*
          **United States Magistrate Judge
          Stephen C. Williams**