IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHRISTOPHER PYLES, ) | |
| ) | NO   13-299-SCW |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| DONALD GAETZ, et al., ) | |
| ) | |
| Defendant(s). ) | |

**AMENDED ORDER**

**WILLIAMS, Magistrate Judge:**

The Court hereby amends its previous Order entered May 26, 2016 (Doc. 213) regarding Motion for Out-of-Pocket Expenses (Doc. 211) filed by pro bono attorney Sarah Mangelsdorf, of the firm Fox Galvin, LLC. Ms. Mangelsdorf.

The Clerk of the Court shall disburse a check from the District Court Fund in the amount of $1,000.00 to pro bono counsel: Fox Galvin LLC, One South Memorial Drive, Twelfth Floor, St. Louis Missouri, 63102.

**Dated:** June 10, 2016

*s/Stephen C. Williams*
**U.S. MAGISTRATE JUDGE**
**STEPHEN C. WILLIAMS**